```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
      NASHVILLE DIVISION
```

| | |
|---|---|
| COREY ALAN BENNETT, | ) |
| Plaintiff | ) |
| | ) No. 3:15-0266 |
| v. | ) Judge Campbell/Brown |
| | ) |
| WARDEN TONY PARKER, *et al.*, | ) |
| | ) |
| Defendants | ) |

## **RECOMMENDATION**

The Plaintiff in this matter has filed a motion to dismiss the Defendant Javin Griffin (Docket Entry 14) on the grounds that he made a mistake in naming this Defendant as an officer involved in the alleged misconduct against him.

The docket sheet indicates that a summons has been issued for Officer Griffin and no response has been filed. Accordingly, the Plaintiff is entitled to dismiss his claims against this Defendant without prejudice, and the Magistrate Judge so **RECOMMENDS**.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this recommendation in which to file any written objections to this recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this recommendation can constitute a waiver of further appeal of this recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge