IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY ALAN BENNETT | ) |
| | ) |
| v. | ) NO. 3-15-0266 |
| | ) JUDGE CAMPBELL |
| WARDEN TONY PARKER, et al. | ) |

ORDER

The Magistrate Judge has recommended (Docket No. 19) that the Court grant Plaintiff's Motion to Dismiss Defendant Javin Griffin (Docket No. 14). No objections have been timely filed to this Recommendation.

Accordingly, Plaintiff's Motion to Dismiss (Docket No. 14) is GRANTED, and Plaintiff's claims against Defendant Griffin are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE